UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**FLORA BELL-FIELD,**

    Plaintiff,

vs.                                                                   Case No. 8:10-CV-402-T-27TGW

**STATE OF FLORIDA, et al.,**

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 4). Plaintiff has filed no objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved. Plaintiff's principal grievance is based on the alleged refusal of the Florida Department of Corrections ("DOC") to credit toward a sentence of imprisonment time spent at liberty by her bother following his mistaken release from custody.[1] The Court agrees that Plaintiff states no claim on her own behalf and no grounds for departing from the general rule against third-party standing[2] or for allowing next-friend standing pursuant to 28 U.S.C. § 2242.[3] The Court expresses no opinion on the DOC's alleged decision, as that issue is not properly before the Court.

---

[1] *See Sutton v. Dep't of Corrs.*, 531 So. 2d 1009 (Fla. 1st DCA 1988) ("[W]hen a prisoner is released from prison by mistake, his sentence continues to run in the absence of some fault on his part."); *but cf. Gaines v. Florida Parole Comm'n*, 962 So. 2d 1040 (Fla. 1st DCA 2007).

[2] *See Singleton v. Wulff*, 428 U.S. 106, 113-14 (1976); *Warth v. Seldin*, 422 U.S. 490, 499 (1975).

[3] *See Whitmore v. Arkansas*, 495 U.S. 149, 163-164 (1990).

Accordingly, the Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

Plaintiff's Complaint (Dkt. 1) is **DISMISSED**.

Plaintiff's Motion Requesting Appointment of Counsel (Dkt. 3) is **DENIED**.

The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Tampa, Florida, on this 3rd day of May, 2010.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of record